B6A (Official Form 6A) (12/07)

In re  **Terrance Peter Hall**                              Case No.  **13-24246**
     **Lisa Mae Hall**                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 7908 Wallace Rd., Baltimore, MD 21222 | Fee Simple | H | $92,145.00 | $147,188.00 |
| | | Total: | **$92,145.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Terrance Peter Hall**                                    Case No. __13-24246_____
      **Lisa Mae Hall**                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | M&T Bank Account | H | $69.36 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Various items of household furniture including electronics | H | $2,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Various items of wearing apparel | H | $500.00 |
| 7. Furs and jewelry. | | Wedding rings and various pieces of costume jewelry | H | $800.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Terrance Peter Hall**                                                    Case No.   **13-24246**
       **Lisa Mae Hall**                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | M&T Bank Retirement Account | H | $129.61 |
| | | 401K | H | $26,600.03 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Terrance Peter Hall**                                    Case No.  **13-24246** _____
       **Lisa Mae Hall**                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2012 Kia Sedona | H | $16,059.00 |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Terrance Peter Hall**                                    Case No.    **13-24246**  _____
       **Lisa Mae Hall**                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Tax return refund | H | $3,138.00 |

_____3_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Total >**          **$49,296.00**

B6C (Official Form 6C) (4/13)

In re  **Terrance Peter Hall**                                            Case No.  **13-24246**
       **Lisa Mae Hall**                                                          _____
                                                                                  (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $155,675.*
☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| M&T Bank Account | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | $69.36 | $69.36 |
| Various items of household furniture including electronics | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | $2,000.00 | $2,000.00 |
| Various items of wearing apparel | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | $500.00 | $500.00 |
| Wedding rings and various pieces of costume jewelry | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | $800.00 | $800.00 |
| M&T Bank Retirement Account | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | $129.61 | $129.61 |
| 401K | Md. Code Ann., Cts. & Jud. Proc. § 11-504(h) | $26,600.03 | $26,600.03 |
| Tax return refund | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | $3,138.00 | $3,138.00 |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | **$33,237.00** | **$33,237.00** |

B6D (Official Form 6D) (12/07)

In re  **Terrance Peter Hall**                                    Case No.  **13-24246**
         **Lisa Mae Hall**                                                              _____
                                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx1000<br><br>**Santander Consumer Usa**<br>**Po Box 961245**<br>**Ft Worth, TX 76161** | X | W | DATE INCURRED: **07/2012**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2012 Kia Sedona**<br>REMARKS:<br><br>VALUE: **$16,059.00** | | | | **$16,882.00** | **$823.00** |
| ACCT #: xxxxxxxxxx0928<br><br>**Wellsfargo**<br>**800 Walnut St**<br>**Des Moines, IA 50309** | | H | DATE INCURRED: **01/2007**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**7908 Wallace Rd., Baltimore, MD 21222**<br>REMARKS:<br><br>VALUE: **$92,145.00** | | | | **$147,188.00** | **$55,043.00** |
| | | | | | | | | |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | **$164,070.00** | **$55,866.00** |
| | | | Total (Use only on last page) > | | | | **$164,070.00** | **$55,866.00** |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re  **Terrance Peter Hall**                                  Case No.   **13-24246**
         **Lisa Mae Hall**                                                      (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Terrance Peter Hall**          Case No.  **13-24246**
      **Lisa Mae Hall**                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxx89-02**<br>**AFNI**<br>**Po box 3427**<br>**Bloomington, IL 61702** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $556.52 |
| ACCT #:  **xxxxx9704**<br>**Asset Acceptance**<br>**Attn: Bankrupcy Dept**<br>**PO Box 2036**<br>**Warren, MI 48090** | | H | DATE INCURRED:  **07/2012**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | | $3,632.00 |
| ACCT #:  **xxxxxxxxxxx9640**<br>**Capital 1 Bank**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | H | DATE INCURRED:  **08/2003**<br>CONSIDERATION:<br>**Civil Judgment**<br>REMARKS: | | | | $2,299.39 |
| ACCT #:  **xxxxxxxxxx9046**<br>**CKS Financial**<br>**PO Box 2856**<br>**Chesapeake, VA 23327** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $570.00 |
| ACCT #:  **xxxx0295**<br>**Credit Collections Svc**<br>**PO Box 773**<br>**Needham, MA 02494** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $67.00 |
| ACCT #:  **xxx9719**<br>**Edfinancial Svcs**<br>**120 N Seven Oaks Dr**<br>**Knoxville, TN 37922** | | W | DATE INCURRED:  **02/2008**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $2,499.00 |

Subtotal >  $9,623.91

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

____9____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terrance Peter Hall**  Case No. **13-24246**
      **Lisa Mae Hall**                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx1062**<br>**Enhanced Recovery Company, LLC**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -Sprint**<br>REMARKS: | | | | $379.26 |
| ACCT #:  **xxxxxxxxxxxxx2848**<br>**Equidata**<br>**Attn: Bankruptcy**<br>**PO Box 6610**<br>**Newport News, VA 23606** | | W | DATE INCURRED:  **02/2010**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $450.00 |
| ACCT #:  **xxxxxxxxxxxxx0001**<br>**Fed Loan Serv**<br>**Pob 69184**<br>**Harrisburg, PA 17106** | | W | DATE INCURRED:  **09/2009**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $9,500.00 |
| ACCT #:  **xxxxxxxxxxxxx0003**<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | W | DATE INCURRED:  **09/2010**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $4,690.00 |
| ACCT #:  **xxxxxxxxxxxxx0013**<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | W | DATE INCURRED:  **09/2012**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $4,500.00 |
| ACCT #:  **xxxxxxxxxxxxx0002**<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | W | DATE INCURRED:  **09/2010**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $4,500.00 |

Sheet no. ___**1**___ of ___**9**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$24,019.26**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Terrance Peter Hall**                              Case No. **13-24246**
     **Lisa Mae Hall**                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxxx0004<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | W | DATE INCURRED: **01/2004**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $3,684.00 |
| ACCT #: xxxxxxxxxxxxx0007<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | W | DATE INCURRED: **10/2008**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $2,000.00 |
| ACCT #: xxxxxxxxxxxxx0006<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | W | DATE INCURRED: **09/2008**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $3,500.00 |
| ACCT #: xxxxxxxxxxxxx0010<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | W | DATE INCURRED: **09/2011**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $3,000.00 |
| ACCT #: xxxxxxxxxxxxx0008<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | W | DATE INCURRED: **09/2008**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $3,000.00 |
| ACCT #: xxxxxxxxxxxxx0012<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | W | DATE INCURRED: **02/2012**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $3,000.00 |

Sheet no. __2__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $18,184.00

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terrance Peter Hall**                                    Case No.  **13-24246**
       **Lisa Mae Hall**                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxxx0009**<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | W | DATE INCURRED:  **09/2011**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$2,250.00** |
| ACCT #:  **xxxxxxxxxxxxx0011**<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | W | DATE INCURRED:  **02/2012**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$2,250.00** |
| ACCT #:  **xxxxxxxxxxxxx0014**<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | W | DATE INCURRED:  **09/2012**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$2,000.00** |
| ACCT #:  **xxxx1495**<br>**FirstSource Advantage LLC**<br>**PO Box 628**<br>**Buffalo, NY 14240** | | W | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$456.51** |
| ACCT #:  **xxxx6635**<br>**FirstSource Advantage LLC**<br>**PO Box 628**<br>**Buffalo, NY 14240** | | W | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$1,273.32** |
| ACCT #:  **xxxxxxxxxxxxx7766**<br>**GECRB/ Old Navy**<br>**Attention:  GEMB**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | H | DATE INCURRED:  **09/2008**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$367.00** |

Sheet no. ___**3**___ of ___**9**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$8,596.83**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terrance Peter Hall**                                         Case No. **13-24246**
       **Lisa Mae Hall**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxx2602**<br>**GECRB/JC Penny**<br>**Attention: Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | W | DATE INCURRED:  **12/2007**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$465.00** |
| ACCT #:  **xxxxxxxxxxxx8897**<br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | W | DATE INCURRED:  **07/14/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$4,043.00** |
| ACCT #:  **xxxx2245**<br>**IC System**<br>**Attn: Bankruptcy**<br>**444 Highway 96 East, P.O. Box 64378**<br>**Saint Paul, MN 55164** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | **$170.00** |
| ACCT #:<br>**John Hopkins Pharmaquip**<br>**PO Box 418479**<br>**Boston, MA 02241** | | H | DATE INCURRED:  **1/9/2012**<br>CONSIDERATION:<br><br>REMARKS: | | | | **$210.03** |
| ACCT #:  **xxxx4719**<br>**LCA Collections**<br>**PO Box 2240**<br>**Burlington, NC 27216** | | H | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$107.00** |
| ACCT #:  **xxxxxxx8406**<br>**Lendmark**<br>**PO Box 2969**<br>**Covington, GA 30015** | | H | DATE INCURRED:  **07/2007**<br>CONSIDERATION:<br>**Household Goods and Other Collateral Auto**<br>REMARKS: | | | | **$8,076.00** |

Sheet no. ___**4**___ of ___**9**___ continuation sheets attached to                     Subtotal >          **$13,071.03**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                      Total >
                              (Use only on last page of the completed Schedule F.)
                     (Report also on Summary of Schedules and, if applicable, on the
                         Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terrance Peter Hall**  Case No.  **13-24246**
    **Lisa Mae Hall**         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Lendmark** | | | **Fine, Grzech, Kelly & MacMeekin, PA** **8501 Lasalle RD, Ste 103** **Baltimore, MD 21286** | | | | **Notice Only** |
| ACCT #:  **x5398** **Lerner, MD, PA** **7434 Holabird Avenue** **Baltimore, MD 21222** | | W | DATE INCURRED:  **2011** CONSIDERATION: REMARKS: | | | | $171.52 |
| ACCT #:  **xxxxxx1021** **Mbroi** **1920 Greenspring D** **Timonium, MD 21093** | | W | DATE INCURRED: CONSIDERATION: **Unknown Loan Type** REMARKS: | | | | $933.00 |
| ACCT #:  **xxxxxx9217** **Medstar Franklin Square** **PO Box 418923** **Boston, MA 02241** | | W | DATE INCURRED: CONSIDERATION: REMARKS: | | | | $216.03 |
| ACCT #: **Medtlantic Healthcare Corp** **PO Box 7206** **Philadelphia, PA 19101** | | W | DATE INCURRED:  **12/2012** CONSIDERATION: REMARKS: | | | | $33.88 |
| ACCT #:  **xxxxxx8618** **Midland Funding** **8875 Aero Dr Ste 200** **San Diego, CA 92123** | | H | DATE INCURRED:  **04/2011** CONSIDERATION: **Factoring Company Account** REMARKS: | | | | $4,177.00 |

Sheet no.  **5**  of  **9**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$5,531.43**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terrance Peter Hall**  Case No.  **13-24246**
　　　 **Lisa Mae Hall**　　　　　　　　　　　　　　　　 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx6486**<br>**Nco Fin /99**<br>**Po Box 15636**<br>**Wilmington, DE 19850** | | W | DATE INCURRED:  **02/2013**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $123.00 |
| ACCT #:  **xxxxx5846**<br>**Nco Fin /99**<br>**Po Box 15636**<br>**Wilmington, DE 19850** | | W | DATE INCURRED:  **06/2011**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $95.00 |
| ACCT #:  **xxxxx0717**<br>**Nco Fin /99**<br>**Po Box 15636**<br>**Wilmington, DE 19850** | | W | DATE INCURRED:  **07/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $218.00 |
| ACCT #:  **xxxxx0716**<br>**Nco Fin /99**<br>**Po Box 15636**<br>**Wilmington, DE 19850** | | W | DATE INCURRED:  **07/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $171.00 |
| ACCT #:  **xxxxx8784**<br>**Nelson, Watson & Associates, LLC**<br>**80 Marrimack Street, Lower Level**<br>**Haverhill, MA 01830** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -Capital One Services, LLC**<br>REMARKS: | | | | $3,920.35 |
| ACCT #:  **xxxxxxxxxxxx0982**<br>**Northland Group, Inc**<br>**Po Box 390846**<br>**Minneapolis, MN 55439** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -Razor Capital, LLC**<br>REMARKS: | | | | $661.49 |

Sheet no.  **6**  of  **9**  continuation sheets attached to  Subtotal >  **$5,188.84**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terrance Peter Hall**              Case No.  **13-24246**
       **Lisa Mae Hall**                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx1920 <br> **Portfolio Recovery** <br> **Attn: Bankruptcy** <br> **PO Box 41067** <br> **Norfolk, VA 23541** | | H | DATE INCURRED:  **09/2012** <br> CONSIDERATION: <br> **Factoring Company Account** <br> REMARKS: | | | | $472.00 |
| ACCT #:  xxxxxx53N1 <br> **R & R Prfssnl Recovery** <br> **Pob 21575** <br> **Pikesville, MD 21282** | | W | DATE INCURRED:  **11/2010** <br> CONSIDERATION: <br> **Collection Attorney** <br> REMARKS: | | | | $217.00 |
| ACCT #:  xxxx9983 <br> **Receivables Performanc** <br> **Po Box 768** <br> **Bothell, WA 98041** | | W | DATE INCURRED:  **05/2013** <br> CONSIDERATION: <br> **Collection Attorney** <br> REMARKS: | | | | $479.00 |
| ACCT #:  xxxx3527 <br> **RPM** <br> **20816 44th Ave W** <br> **Lynnwood, WA 98036** | | W | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for -Direct TV** <br> REMARKS: | | | | $479.30 |
| ACCT #:  xxxxxxxxxxxxxxxxxx0705 <br> **Sallie Mae** <br> **Attn: Claims Department** <br> **PO Box 9500** <br> **Wilkes-Barre, PA 18773** | | W | DATE INCURRED:  **07/2007** <br> CONSIDERATION: <br> **Educational** <br> REMARKS: | | | | $1,877.00 |
| ACCT #:  xxxxxxxxxxxxxxxxxx1011 <br> **Sallie Mae** <br> **Attn: Claims Department** <br> **PO Box 9500** <br> **Wilkes-Barre, PA 18773** | | W | DATE INCURRED:  **10/2007** <br> CONSIDERATION: <br> **Educational** <br> REMARKS: | | | | $1,167.00 |

Sheet no.  **7**  of  **9**  continuation sheets attached to                    **Subtotal >**    $4,691.30
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terrance Peter Hall**  Case No.  **13-24246**
       **Lisa Mae Hall**  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxxxxxxxx0705<br>**Sallie Mae**<br>**Attn: Claims Department**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | W | DATE INCURRED:  **07/2007**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $1,167.00 |
| ACCT #:  xxxxxxxxxxxxxxxxxx1011<br>**Sallie Mae**<br>**Attn: Claims Department**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | W | DATE INCURRED:  **10/2007**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $1,851.00 |
| ACCT #:  xx6048<br>**St Paul Place Spec INC S045**<br>**PO Box 824171**<br>**Philadelphia, PA 19182** | | W | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $34.25 |
| ACCT #:  xxx4107<br>**Stoneleigh Recovery Associates, LLC**<br>**PO Box 1479**<br>**Lombard, IL 60148** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -Bureaus Investment Group**<br>REMARKS: | | | | $555.09 |
| ACCT #:  xxxxx9376<br>**The Bureaus Inc.**<br>**Attention: Bankruptcy Dept.**<br>**1717 Central St.**<br>**Evanston, IL 60201** | | W | DATE INCURRED:  **07/2012**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $572.00 |
| ACCT #:  xxxxx3603<br>**Verizon**<br>**500 Technology Dr Ste 30**<br>**Weldon Spring, MO 63304** | | H | DATE INCURRED:  **10/2009**<br>CONSIDERATION:<br>**Agriculture**<br>REMARKS: | | | | $1,740.00 |

Sheet no.  **8**  of  **9**  continuation sheets attached to  Subtotal >  $5,919.34
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terrance Peter Hall**                                    Case No.  **13-24246**
        **Lisa Mae Hall**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxxx9001**<br>**Wells Fargo Recovery**<br>**MACQ 2123-013**<br>**POB 94423**<br>**Albuquerque, NM 87199** | | H | DATE INCURRED:  **04/2009**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | | $2,211.00 |
| ACCT #:  **xxxxxxxxxx-xx1-920**<br>**World Financial Network Natl Bank**<br>**PO Box 182125**<br>**Columbus, OH 43218** | | H | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $471.85 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. _____**9**_____ of _____**9**_____ continuation sheets attached to           Subtotal >           $2,682.85
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                           Total >           $97,508.79
                                        (Use only on last page of the completed Schedule F.)
                                (Report also on Summary of Schedules and, if applicable, on the
                                Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Terrance Peter Hall**                                        Case No.   **13-24246**
       **Lisa Mae Hall**                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re  **Terrance Peter Hall**                                          Case No.   **13-24246**
       **Lisa Mae Hall**                                                                    (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Roy Ross**<br>2342 Reistertown Rd<br>Baltimore, MD 21217 | **Santander Consumer Usa**<br>Po Box 961245<br>Ft Worth, TX 76161 |

B6I (Official Form 6I) (12/07)

In re **Terrance Peter Hall**                              Case No.   **13-24246**

     **Lisa Mae Hall**                                            (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | |
|---|---|---|---|
| **Married** | Relationship(s):  Granddaughter   Age(s): 5<br>            Daughter           30 | | Relationship(s):           Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Welder | Disabled |
| Name of Employer | Vulcan Hart | |
| How Long Employed | | |
| Address of Employer | 3600 N. Point Blvd.,<br>Baltimore, MD 21222 | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $3,744.00 | $0.00 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | **$3,744.00** | **$0.00** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $518.92 | $0.00 |
| | b. Social Security Tax | $218.40 | $0.00 |
| | c. Medicare | $51.09 | $0.00 |
| | d. Insurance | $222.13 | $0.00 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement    401K | $74.88 | $0.00 |
| | g. Other (Specify) | $0.00 | $0.00 |
| | h. Other (Specify)  Union | $45.24 | $0.00 |
| | i. Other (Specify)  Life Ins. | $2.17 | $0.00 |
| | j. Other (Specify) | $0.00 | $0.00 |
| | k. Other (Specify) | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$1,132.83** | **$0.00** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$2,611.17** | **$0.00** |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify):<br>                              / Disability | $0.00 | $931.00 |
| 12. | Pension or retirement income | $0.00 | |
| 13. | Other monthly income (Specify): | | |
| | a. | $0.00 | $0.00 |
| | b. | $0.00 | $0.00 |
| | c. | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | **$931.00** |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$2,611.17** | **$931.00** |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$3,542.17** | |

          (Report also on Summary of Schedules and, if applicable,
          on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:   **Terrance Peter Hall**                                     Case No.   **13-24246** _____
         **Lisa Mae Hall**                                                        (if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,200.00 |
|    a. Are real estate taxes included?    ☐ Yes  ☒ No | |
|    b. Is property insurance included?    ☐ Yes  ☒ No | |
| 2. Utilities:   a. Electricity and heating fuel | $170.00 |
|              b. Water and sewer | $45.00 |
|              c. Telephone | $178.00 |
|              d. Other:   Cable/ Internet | $184.00 |
| 3. Home maintenance (repairs and upkeep) | $30.00 |
| 4. Food | $500.00 |
| 5. Clothing | |
| 6. Laundry and dry cleaning | $20.00 |
| 7. Medical and dental expenses | $100.00 |
| 8. Transportation (not including car payments) | $250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $15.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | $58.00 |
|           b. Life | |
|           c. Health | |
|           d. Auto | $178.00 |
|           e. Other:   Real property taxes | $166.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto:   Car Payment | $446.00 |
|           b. Other: | |
|           c. Other: | |
|           d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$3,540.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $3,542.17 |
| b. Average monthly expenses from Line 18 above | $3,540.00 |
| c. Monthly net income (a. minus b.) | $2.17 |